# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEEANN SHERMAN** | : |
| | : |
| v. | : CIVIL ACTION NO. 25-7390 |
| | : |
| **AMERICAN ASSOCIATION OF** | : |
| **SUICIDOLOGY, INC.** | : |

### AFFIDAVIT OF JENNA BAKER

Jenna Baker states the following under penalties of perjury:

1. I am over the age of 21 and am competent to attest to the following facts based upon personal knowledge.

2. I am the current CEO of American Association of Suicidology ("AAS").

3. I took over that role from Denise Hyater on December 31, 2025.

4. Ms. Hyater served as AAS's Interim Executive Director from October 1, 2025, to December 31, 2025.

5. During her tenure as Executive Director, Ms. Hyater directed AAS's business operations from her home in Washington, DC.

6. Prior to December 8, 2025, I served as a board member of AAS.

7. On December 8, 2025, I accepted employment with AAS, with the understanding that I would be taking over for Ms. Hyater as the lead of AAS[1] at year's end, December 31, 2025.

8. From December 8, 2025, to December 30, 2025, I engaged daily with Ms. Hyater virtually and learned the requirements of the CEO position at AAS. During that time, Ms. Hyater was still involved in the day-to-day business operations of AAS.

---

[1] There is no substantive distinction between "Executive Director" and "CEO."

1

2

9. On December 31, 2025, I took over as CEO and began running AAS's business operations out of my home in Pennsylvania. On that day, I began to receive access to AAS systems and accounts as CEO.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Signed by:
*Jenna Baker*
E91299A9BAC34CF...
Jenna Baker

2/4/2026 | 12:59 PM CST
Date

2