**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEEANN SHERMAN** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-7390** |
| | : | |
| **AMERICAN ASSOCIATION OF** | : | |
| **SUICIDOLOGY, INC.** | : | |

## ORDER

This 20th day of February, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand, ECF 13, is **GRANTED.** The Clerk is directed to **REMAND** this action to the Philadelphia County Court of Common Pleas.

 /s/ Gerald Austin McHugh
United States District Judge